UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON DOUGLAS HOFF,

           Plaintiff,

   v.

SNOHOMISH COUNTY,

           Defendant.

Case No. 2:22-cv-00658-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Michelle L. Peterson (Dkt. No. 13).  No objections were filed.  The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge and the remaining record, hereby finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's second amended complaint (Dkt. No. 11), and this action, are DISMISSED with prejudice;

3. The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 17th day of August 2022.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2